UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMBA CONSTRUCTION, LLC,<br>  Plaintiff,<br>  v.<br>SIKA CORPORATION, et al.,<br>  Defendants. | 23 Civ. 10875 (DEH) |
| CHARLES W. HUGHES CONSTRUCTION, LLC,<br>  Plaintiff,<br>  v.<br>SIKA AG, et al.,<br>  Defendants. | 24 Civ. 460 (DEH) |
| LUCAS CONTRACTING, LLC,<br>  Plaintiff,<br>  v.<br>SIKA AG, et al.,<br>  Defendants. | 24 Civ. 512 (DEH) |
| COUNTY-WIDE MASONRY CORP.,<br>  Plaintiff,<br>  v.<br>SIKA AG, et al.,<br>  Defendants. | 24 Civ. 564 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued on January 19, 2024, in *SMBA Construction, LLC v. Sika Corporation, et al.*, No. 23 Civ. 10875, so ordered a stipulated schedule regarding service, motions for appointment of lead counsel, the filing of a consolidated complaint, and motions to dismiss. *See* Dkt. No. 34. That order requires the parties to file a joint status letter within seven days of any decision regarding a motion to transfer potentially related cases into this District, currently pending before the Judicial Panel on Multidistrict Litigation ("JPML"). *See id.* An order issued

January 24, 2024, in *SMBA Construction, LLC* adjourned the initial pretrial conference and deadline to submit a joint status letter and proposed case management plan, pending resolution of the motion before the JPML.  *See* Dkt. No. 41.  Subsequently, the other cases captioned above were accepted as related.  It is hereby **ORDERED** that, in the interest of clarity, the orders issued in *SMBA Construction, LLC*, including the requirement to participate in preparation of a joint letter following the JPML's decision, apply to all parties in the above-captioned cases.

The Clerk of Court is respectfully directed to docket this order in all of the above-captioned cases.

SO ORDERED.

Dated: February 6, 2024
      New York, New York

                                                DALE E. HO
                                     United States District Judge