```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
IN RE:                                                             :    24-MD-03097 (LJL)
                                                                   :    23-CV-10875 (LJL)
                                                                   :    24-CV-00460 (LJL)
                                                                   :    24-CV-00512 (LJL)
                                                                   :    24-CV-00564 (LJL)
                                                                   :    24-CV-03026 (LJL)
CONCRETE AND CEMENT ADDITIVES                                      :    24-CV-03033 (LJL)
ANTITRUST LITIGATION                                               :    24-CV-03045 (LJL)
                                                                   :    24-CV-03056 (LJL)
                                                                   :    24-CV-03224 (LJL)
                                                                   :    24-CV-03229 (LJL)
                                                                   :    24-CV-03236 (LJL)
                                                                   :    24-CV-03244 (LJL)
This Document Relates to All Actions                               :    24-CV-03246 (LJL)
                                                                   :    24-CV-03255 (LJL)
-------------------------------------------------------------------X    24-CV-03256 (LJL)
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/10/2024

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has been notified of a Conditional Transfer Order filed on May 7, 2024 by the Judicial Panel on Multidistrict Litigation ("JPML"), MDL No. 3097 Dkt. No. 110, which contemplates the potential transfer of one additional tag-along action to this Court. The JPML has directed that any opposition to the Conditional Transfer Order be submitted by May 14, 2024. MDL No. 3097 Dkt. No. 111. In the event that opposition is not received, the Court anticipates that the Conditional Transfer Order will be finalized, and the tag-along action will be transferred to this Court, shortly thereafter.

In order to ensure that the parties in the tag-along action are able to attend the Initial Conference in this action and to adequately participate in that conference, the Initial Conference previously scheduled for May 17, 2024 is adjourned to May 24, 2024 at 2:00 p.m. in Courtroom 15C of the 500 Pearl Street Courthouse, 500 Pearl Street, New York, New York 10007.

2

Parties are still directed to submit the pre-conference materials outlined in the Court's April 22, 2024 Order on May 10, 2024.

This Order does not otherwise modify or disturb the Court's order of April 22, 2024, Dkt. No. 2.

SO ORDERED.

Dated: May 10, 2024
      New York, New York                           _____
                                                          LEWIS J. LIMAN
                                                       United States District Judge