**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: CONCRETE AND CEMENT ADDITIVES ANTITRUST LITIGATION | Case No. 24-MD-3097 (LJL) |
| | **~~(PROPOSED)~~ ORDER GRANTING UNITED STATES' MOTION TO INTERVENE** |
| This Document Relates To:<br><br>ALL ACTIONS | Judge: Honorable Lewis J. Liman |

First, the Court finds that the United States' motion is timely. Second, the Court finds that the United States has demonstrated that its interest may be impaired without intervention and the parties to the action cannot adequately protect the United States' interest without intervention. The Court further finds that there are common questions of law and fact between the consolidated civil cases and an ongoing criminal grand jury investigation. In sum, the Court finds that it should exercise its discretion in permitting intervention, as intervention will not unduly delay or prejudice the adjudication of the original parties' rights.

IT IS ORDERED that the motion is GRANTED. The United States of America, through the Antitrust Division of the United States Department of Justice, is permitted to intervene in this action for the purpose of seeking an unopposed, limited and temporary stay of discovery and filing the parties' agreed-upon Stipulation regarding discovery in this civil action.

Date: October 16, 2024

_____
HON. LEWIS J. LIMAN
United States District Court Judge