UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: CONCRETE AND CEMENT ADDITIVES ANTITRUST LITIGATION

This Document Relates To:

ALL ACTIONS

24-md-3097 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Government's motion to file under seal the entirety of its memorandum in support of the motion to intervene, Dkt. No. 195, is denied without prejudice. The order granting intervention has been publicly filed and reflects the basis for intervention. Dkt. No. 198. Accordingly, the basis for intervention is no longer confidential.

The Government has leave to file a renewed motion for leave to file portions of the memorandum under seal which should be accompanied by a confidential filing indicating those portions of the memorandum that reflect non-public information the disclosure of which could result in harm to the Government or to third parties sufficient to support continued sealing. The renewed motion shall be filed by November 11, 2024. In the absence of a timely filing, the Court will direct that the memorandum in its entirety be publicly filed. The memorandum shall be maintained under seal pending further order of the Court.

SO ORDERED.

Dated: November 4, 2024
New York, New York

LEWIS J. LIMAN
United States District Judge