# HAUSFELD

888 16th Street NW
Suite 300
Washington, DC 20006

**NATHANIEL C. GIDDINGS**
**PARTNER**

February 26, 2025

Hon. Lewis J. Liman
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 15C
New York, NY 10007-1312

*By CM/ECF*

    RE:    Notice of Supplemental Authority,
              *In re Concrete and Cement Additives Antitrust Litig.*, Case No. 24-MD-3097(LJL)

Dear Judge Liman,

    I write on behalf of Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs to respectfully submit the recent Opinion (attached as **Exhibit A**) in *In re Fragrances Direct Purchaser Antitrust Litigation*, No. 2:23-02174, 2025 WL 595107 (D.N.J. Feb. 21, 2025), in which the court denied the defendants' motion to dismiss federal and state antitrust claims on similar facts to those alleged here.

              Respectfully submitted,

              */s/ Nathaniel C. Giddings*
              Nathaniel C. Giddings

CC: Counsel of Record via CM/ECF

ENCLOSURES: Exhibit A

hausfeld.com

AMSTERDAM | BERLIN | BOSTON | BRUSSELS | DÜSSELDORF | LONDON | NEW YORK | PARIS | PHILADELPHIA | SAN FRANCISCO | STOCKHOLM | WASHINGTON, DC