**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: CONCRETE AND CEMENT ADDITIVES ANTITRUST LITIGATION<br><br>This Document Relates to All Actions. | Case No. 24-MD-3097 (LJL) |

**~~[PROPOSED]~~ CORRECTED JUDGMENT**

WHEREAS, by Opinion and Order dated September 2, 2026 (ECF No. 473) (the "Opinion"), the Court granted motions to dismiss filed by Defendants Sika AG, Sika S.A.S., Sika Corporation, Cinven Ltd., Master Builders Solutions France S.A.S., Master Builders Solutions Admixtures US, LLC, Mapei S.p.A., Mapei France SA, and Mapei Corporation (collectively, the "Non-Settling Defendants"), and directed the Clerk of Court to enter judgment in their favor;

WHEREAS, on September 9, 2026, the Clerk entered the Judgment (ECF No. 475), which does not identify the parties in whose favor it runs, while the accompanying docket entry states that judgment was entered in favor of entities that are not "Defendants" as defined in the Opinion;

WHEREAS, Plaintiffs' claims against Compagnie de Saint-Gobain S.A., Chryso S.A.S., and Chryso, Inc. (together, the "Saint-Gobain Defendants") are subject to the Settlements preliminarily approved by the Court on August 27, 2025 (ECF Nos. 315, 316), and notice to the classes certified for settlement purposes and final approval of the Settlements remain pending;

WHEREAS, by Order dated October 7, 2025 (ECF No. 341), the Court stayed all claims against, and all litigation deadlines for, the Saint-Gobain Defendants pending the Court's evaluation and final approval of the Settlements, and that stay remains in effect; and

WHEREAS, Plaintiffs have moved under Federal Rule of Civil Procedure 60(a) to correct the Judgment and under Federal Rule of Civil Procedure 54(b) for entry and certification of the Corrected Judgment as a final judgment as to the Non-Settling Defendants, and the Court, having

considered the motion, has determined that the Judgment should be corrected as set forth below and that there is no just reason for delay as to the claims against the Non-Settling Defendants;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. For the reasons stated in the Opinion (ECF No. 473), the Non-Settling Defendants' motions to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) are GRANTED, and Plaintiffs' claims against the Non-Settling Defendants are DISMISSED WITH PREJUDICE. Judgment is entered in favor of the Non-Settling Defendants on all claims asserted against the Non-Settling Defendants in the Operative Complaints (ECF Nos. 320, 382).

2. This Corrected Judgment runs only in favor of the Non-Settling Defendants and does not adjudicate, or purport to adjudicate, any claim against any other person or entity.

3. This Corrected Judgment does not adjudicate, and shall not be construed as adjudicating, any claim against the Saint-Gobain Defendants or any other settling party identified in the settlement agreements (ECF Nos. 310-1, 312-2). Plaintiffs' claims against the Saint-Gobain Defendants remain pending, subject to the Settlements preliminarily approved by the Court on August 27, 2025 (ECF Nos. 315, 316), the stay entered on October 7, 2025 (ECF No. 341), and the Court's continuing supervision of the Settlements under Federal Rule of Civil Procedure 23(e).

4. Pursuant to Federal Rule of Civil Procedure 54(b), the Court expressly determines that there is no just reason for delay and directs that this Corrected Judgment be entered as a final judgment as to all claims against the Non-Settling Defendants. Those claims have been finally adjudicated and dismissed with prejudice. The only matters remaining before this Court concern notice, final approval, and administration of the Settlements. Those proceedings do not require adjudication of the merits issues resolved in the Opinion, and Plaintiffs' claims against the Saint-Gobain Defendants remain stayed pending final approval of the Settlements. The remaining

proceedings therefore present no substantial risk of duplicative appellate review of the issues resolved in the Opinion. The interests of sound judicial administration and the equities of the parties thus favor entry of final judgment as to the Non-Settling Defendants without further delay.

5. This Corrected Judgment supersedes the Judgment entered on September 9, 2026 (ECF No. 475). The Clerk of Court is directed to enter this Corrected Judgment as a separate docket entry and as the final judgment as to the Non-Settling Defendants, and to annotate the docket entry for ECF No. 475 to reflect that it has been superseded by this Corrected Judgment.

6. This action remains open as to the Saint-Gobain Defendants.

SO ORDERED.

Dated: October 5, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge